FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 13, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANN BOLDT and AMERICAN RESEARCH BUREAU,<br><br>                    Petitioners,<br><br>    v.<br><br>TERRY LEE, individually and in his capacity as Administrator of the Estate of Phillip Andrew Duggan,<br><br>                    Respondent. | NO: 2:26-CV-0058-TOR<br><br>ORDER GRANTING MOTION TO REMAND |

BEFORE THE COURT is a Motion to Remand (ECF No. 5).  This matter was submitted for consideration without oral argument.  The Court has reviewed the briefing and the record and files herein and is fully informed.

Respondent Terry Lee removed this action from the Spokane County Superior Court to this Court.  Mr. Lees notice of removal was late and this Court does not have jurisdiction over the issues in this case.

ORDER GRANTING MOTION TO REMAND ~ 1

This case will be remanded to the Spokane County Superior Court for further proceedings.  Courts have declined to award attorneys' fees and costs where the removing party was a *pro se* litigant and there is no indication that the removal was done in bad faith, even if lacking an objectively reasonable basis.

**IT IS HEREBY ORDERED:**

Plaintiff's Motion to Remand (ECF No. 5) is **GRANTED**.  This case is hereby **REMANDED** to the Spokane County Superior Court (case no. 25-4-01420-32) for all further proceedings.  All remaining pending motions are **DENIED** as moot.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, mail a certified copy to the Clerk of the Spokane County Superior Court, and **CLOSE** the file.

**DATED** March 13, 2026.



THOMAS O. RICE
United States District Judge

ORDER GRANTING MOTION TO REMAND ~ 2